UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-612-M |
| v. ) | |
| ) | |
| SIGI GBADEBO, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>: False Statement in Application for Passport, in violation of 18 U.S.C. § 1542.

<u>Date of Detention Hearing</u>: December 21, 2005

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

     FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     (1)    The Pretrial Services Report of December 21, 2005, reveals that defendant is a native and citizen of Nigeria and that he has substantial family ties residing in Nigeria and Uganda.

     (2)    Defendant's family moved back to Nigeria once this investigation began.

     (3)    The Bureau of Immigration and Customs Enforcement has filed a detainer against the defendant.

(4) The defendant has relatively minimal ties to this community.

(5) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of December, 2005.

s/ James P. Donohue
United States Magistrate Judge